# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC KASHKASHIAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2812 |
| | : | |
| PAUL LAGANA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 10th day of July, 2018, upon consideration of Plaintiff Eric Kashkashian's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), and his Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED**.

2.  Kashkashian, #106419, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the information provided by Kashkashian, which reflects that he does not currently have an account at Norristown State Hospital, he is not assessed an initial partial filing fee. In each month when the amount in Kashkashian's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Kashkashian's inmate trust fund account until the fees are paid, assuming he has an account at the institution where he is being held. Each payment shall reference the docket number for this case, Civil Action No. 18-2812.

3.  The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden or other appropriate official at Norristown State Hospital.

4. The Complaint is **DISMISSED with prejudice** for the reasons stated in the Court's Memorandum. Kashkashian may not file an amended complaint in this matter.

5. The Motion for Appointment of Counsel is **DENIED**.

6. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        **JEFFREY L. SCHMEHL, J.**